CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

UNITED STATES OF AMERICA,　　　　　　　　　　　　Case No: 22-20032-03-DDC
　　　　　　　　　　　　　　　　　　　　　　　　　AUSA: Michelle McFarlane
　　　　　　　　　　　Plaintiff,　　　　　　　　　　　Defendant: Forrest A. Lowry
v.

ABRAHAM GALLEGOS,
　　　　　　　Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | December 21, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 1:34 pm |
| INTERPRETER: | _____ | PROBATION: | Amanda Hudson |

## PROCEEDINGS

☐ Initial Appearance　　　　☐ Initial Revocation Hearing　　　☐ Bond Hearing
☐ Detention Hearing　　　　 ☐ Initial Rule 5(c)(3)　　　　　　 ☐ Bond Revocation Hearing
☒ Arraignment – 3 MIN.　　　☐ Preliminary Hearing　　　　　 ☐ Status Conference
☐ Discovery Conference　　　☐ Pretrial Conference　　　　　　☐ In-Court Hearing

☐ Defendant sworn　　　　　☐ Examined re: financial status　　☐ Counsel appointed

☒ Charges and penalties explained to defendant　　　　　　　　☐ Advised of Due Process Protections Act
☒ Constitutional Rights Explained　　☐ Felony　　　　　　　　☐ Misdemeanor


☒ Waived Reading　　　　☐ Read to Defendant:　　☒ Second Superseding Indictment　　☐ Information
☒ Number of Counts: 1　　☐ Guilty　　　　　　　　☒ Not Guilty　　　　　　　　　　　☐ Indictment Unsealed

☐ Bond Revoked　　☐ Continued on present conditions　　☒ Remanded to Custody



OTHER:  Defendant appears in person and with counsel.